24,665

MARION BOOTH HOLMESLY, JR.
820 MCCULOY STREET
WHITE SETTLEMENT, TX. 76108


COURT OF CRIMINAL APPEALS RECORDS
DEPARTMENT.

I NEED THE ABOVE COURTS DECISION IN APPLICATION'S FOR WRIT'S OF HABEAS CORPUS PURSUANT TO V.A.C.C.P. ART 11.07 IN WRIT NUMBER'S 26,665-01, 26,665-02 AND 26,665-03 ALL COVER PAGES OF EACH DECISIONS TO BE CERTIFIED. I CALLED ON 8-6-2015 AND WAS TOLD THE TOTAL COST OF THE THREE DECISIONS WOULD BE $15.45 BUT WAS NOT TOLD WHAT THE COST OF POSTAGE WOULD BE, BUT, I AM ENCLOSING $2.00 FOR POSTAGE.

IF YOU HAVE ANY QUESTIONS CALL ME AT 817-609-9466.

A POSTAL MONEY ORDER FOR $17.45 IS ENCLOSED. MONEY ORDER NO.

Marion B. Holmesly
AUGUST ?, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 10 2015

Abel Acosta, Clerk



**UNITED STATES POSTAL SERVICE** ®

**POSTAL MONEY ORDER**

Serial Number

**22862795185**

| Year, Month, Day | Post Office | U.S. Dollars and Cents |
|---|---|---|
| 2015-08-06 | 761141 | $17·00 |

Amount **Seventeen Dollars and 00/100** ********************

Pay to *COURT OF APPEALS*

Clerk
18

Address *P.O. BOX 12308*

From *MARION B. HOLMESLY, JR.*

*AUSTIN, TX. 78711*

Address *820 McCULOY STREET*

Memo

*WHITE SETTLEMENT, TX. 76108*

© 2008 United States Postal Service. All Rights Reserved.

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑈00000800⑈ 2286 2795185⑈